IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION


GEORGE F. BROWN                                          PLAINTIFF


VS                              CASE NO. 09-CV-4008


SHERIFF STOVALL, et al.,                                 DEFENDANTS


**ORDER**

Before the Court is the Report and Recommendation filed on August 30, 2010 by the

Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas.

(Doc. No. 51).  Fourteen (14) days have passed without objections being filed by the parties.  The

Court hereby adopts *in toto* the Magistrate Judge's findings and recommendations.

Accordingly, the Court finds that Defendants' Motions for Summary Judgment should be

and hereby are **granted.**  Plaintiff George Brown's Complaint is hereby dismissed.

IT IS SO ORDERED, this 20th day of September, 2010.


                                        /s/Harry F. Barnes
                                    Hon. Harry F. Barnes
                                    United States District Judge